1
2
3      I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
       FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL
       (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
4      RECORD IN THIS ACTION ON THIS DATE.

       DATED:                    JAN - 7 2009
5              D A Malone
       DEPUTY CLERK
6
7
8                    UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10   E.R.H.,                      )    NO. CV 08-1702-SJO(CT)
                                  )
11             Plaintiff,         )    ORDER ACCEPTING
                                  )    MAGISTRATE JUDGE'S
12             v.                 )    REPORT AND RECOMMENDATION
                                  )
13   MICHAEL ASTRUE,              )
     COMMISSIONER, SOCIAL SECURITY )
14   ADMINISTRATION,              )
                                  )
15             Defendant.         )
                                  )
16   ────────────────────────────
17        Pursuant to 28 U.S.C. § 636, the court has carefully reviewed the
18   entire file de novo, including the magistrate judge's report and
19   recommendation and plaintiff's objections to Magistrate Judge Turchin's
20   report recommendation of 12/9/08 and declaration of Ralph K. Helge and
21   attached exhibits.   The court agrees with the conclusions of the
22   magistrate judge.
23        IT IS ORDERED:
24        1.   Plaintiff's motion to strike is DENIED.
25        2.   The report and recommendation is accepted.
26        3.   Judgment shall be entered consistent with this order.
27
28

1        4.    The clerk shall serve this order and the judgment on all

2   counsel or parties of record.

3

4            01/07/09                    /S/ S. James Otero

5   DATED:    _____      _____

6                                        S. JAMES OTERO
                                         UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28