I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: JAN - 7 2009

/s/ Malone
DEPUTY CLERK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.R.H., | NO. CV 08-1702-SJO(CT) |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the order of the court accepting the findings, conclusions, and recommendation of the magistrate judge,

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the report and recommendation entered concurrently with this judgment.

DATED: 01/07/09

/S/ S. James Otero
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE